**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT D.H. REDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 C 2288 |
| | ) | |
| v. | ) | Judge Lindberg |
| | ) | |
| CONVIO, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Scott D.H. Redman, by his attorneys, The Consumer Advocacy Center, P.C. and Markoff Law Firm, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1), dismisses this action without prejudice.  No defendant has appeared, answered or moved for summary judgment.

SCOTT D.H. REDMAN, Plaintiff,

By:     __/s/ Paul F. Markoff_____
One of Plaintiff's Attorneys

Dated: May 29, 2008

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.782.5808

Paul F. Markoff (Atty. No. 6237614)
Markoff Law Firm, LLC
180 W. Washington St., Ste. 700
Chicago, IL 60602
312.726.4162