# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Scott D.H. Redman

                       Plaintiff,

v.     Case No.: 1:08−cv−02288
     Honorable George W. Lindberg

Convio, Inc.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

     MINUTE entry before the Honorable George W. Lindberg:Plaintiff Scott D.H. Redman, by his attorneys, The Consumer Advocacy Center, P.C. and Markoff Law Firm, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1), dismisses this action without prejudice. No defendant has appeared, answered or moved for summary judgment.Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.